IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DELVIN STAFFORD,                )
                                )
                Plaintiff,      )
                                )
        v.                      )       1:23-cv-1121
                                )
UNKNOWN NCDPS OFFICIALS,        )
                                )
                Defendant.      )

**ORDER**

On January 5, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.[1]

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED**

---

[1] On March 25, 2024, the Clerk received a letter from Plaintiff which has been docketed as an Objection to the Recommended Ruling. (Doc. 4.) Although docketed as an objection, the letter appears to express frustration with mailings at the County Jail and does not raise "specific and particularized" objections. United States v. Midgette, 478 F.3d 616, 621 (4th Cir. 2007). Therefore, Plaintiff has failed to identify "specified proposed findings . . . to which objection is made," 28 U.S.C. § 636(b)(1), and de novo review is not necessary.

that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper Section 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of March, 2024.

_____
United States District Judge

Case 1:23-cv-01121-WO-LPA   Document 5   Filed 03/26/24   Page 2 of 2